IT IS SO ORDERED.

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

JESSICA MILLER, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

THE NOMADIK COMPANY,

   *Defendant*.

_____/

Case No. 4:24-cv-01251-PAB

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, JESSICA MILLER, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Jessica Miller, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 11, 2024

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Ohio Bar No. 100846
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*